IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRANS WORLD AIRLINES, INC., et al., | Case No. 01-00056 (PJW) |
| Debtors. | Jointly Administered |
| AMERICAN AIRLINES, INC., | |
| Appellant, | |
| v. | C.A. No. 04-CV-234 (SLR) |
| ELIZABETH A.M. ROBINSON, | |
| Appellee. | |

## NOTICE OF APPEAL

Pursuant to 28 U.S.C. § 158(d) and Fed. R. App. P. 3(a), American Airlines, Inc., by and through its undersigned counsel, hereby gives notice of appeal to the United States Court of Appeals for the Third Circuit from the final order [District Docket No. 26] (the "Order") of the United States District Court for the District of Delaware (Robinson, J.), dated March 28, 2005 in the above-captioned case, affirming the February 27, 2004 order of the United States Bankruptcy Court for the District of Delaware, granting the Motion to Compel American Airlines to Continue Paying Elizabeth Robinson Her TWA Workers' Compensation Benefits [Bankr. Docket No. 4706] filed by appellee, Elizabeth A.M. Robinson.

The names of all parties to the Order and the names, addresses and telephone numbers of their respective attorneys are as follows:

RLF1-2865844-1

| Appellant | Counsel |
|---|---|
| American Airlines, Inc<br>Attention: K. Helen Yu, Esquire<br>4333 Amon Carter Boulevard<br>Fort Worth, Texas 76155 | Mark D. Collins (No. 2981)<br>Russell C. Silberglied (No. 3462)<br>Michael J. Merchant (No. 3854)<br>Jason M. Madron (No. 4431)<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, Delaware 19899<br>(302) 651-7700 |

| Appellee | Counsel |
|---|---|
| Elizabeth A.M. Robinson,<br>P.O. Box 104<br>Dix Hills, New York 11746-0086<br>(631) 549-8951<br><br>- and -<br><br>Elizabeth A.M. Robinson<br>31 Lake Park Circle<br>Ormond Beach, Florida 32174 | Appellee appeared *pro se* |

Dated: April 20, 2005  
      Wilmington, Delaware

*/s/ Jason M. Madron*  
Mark D. Collins (No. 2981)  
Russell C. Silberglied (No. 3462)  
Michael J. Merchant (No. 3854)  
Jason M. Madron (No. 4431)  
RICHARDS, LAYTON & FINGER, P.A.  
One Rodney Square  
P.O. Box 551  
Wilmington, Delaware 19899  
(302) 651-7700  

*Counsel for Appellant, American Airlines, Inc.*

3