## CERTIFICATE OF SERVICE

I, Jason M. Madron, do hereby certify that on April 20, 2005 a copy of the foregoing **Notice of Appeal** was served on the parties on the attached list and in the manner indicated thereon.

*[signature]*
Jason M. Madron (Del. Bar No. 4431)

## Service List for American Airlines, Inc. v. Robinson, Third Circuit Court of Appeals, Appeal No. 05- (____)

**Via Federal Express, Certified/Return Receipt U.S. Mail and First Class U.S. Mail:**

Elizabeth A M Robinson
31 Lake Park Circle
Ormond Beach, Florida 32174

Elizabeth A M Robinson
45 Ingersoll Street
Huntington Station, New York 11745

**Via U.S. Express Mail, Certified/Return Receipt U.S. Mail and First Class U.S. Mail:**

Elizabeth A M Robinson
P O Box 104
Dix Hills, New York 11746-0086

**Via Hand Delivery:**

Michael P Migliore, Esquire
Pachulski, Stang, Ziehl, Young, Jones & Weintraub, P C
919 North Market Street, Suite 1600
Wilmington, Delaware 19801

Mark Kenney, Esquire
Office of the United States Trustee
844 King Street, Room 2313
Wilmington, Delaware 19899