IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRANS WORLD AIRLINES, INC., et al.,<br><br>Debtors | Chapter 11<br><br><br>Case No. 01-00056 (PJW) |
| **AMERICAN AIRLINES, INC.,**<br><br>           Appellant,<br>V.<br><br>ELIZABETH A. M. ROBINSON,<br>        *PRO SE*<br>        Appellee | <br><br><br><br>C.A. No. 04-CV-234 (SLR) |

## APPELLEE'S MOTION TO HAVE HER COSTS, EXPENSES, ETC. REIMBURSED SINCE SHE PREVAILED IN THE ABOVE MATTER

Elizabeth A. M. Robinson, pro se, plaintiff, appellee has prevailed in the above matter before this Court, respectfully requests that this Court permit her costs, fees, postage and other expenses be reimbursed to her.

MAIL:

3/22/04     $35.89

5/14/04     $35.89

5/14/04     $11.44

6/10/04     $23.191

E. ROBINSON
POB 104
DIX HILLS
NY 11746-0086
TEL. (631) 549 8951
AND
31 LAKE PARK CIRCLE
ORMOND BEACH
FL 32174

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| 6/14/04 | $9.65 |
| 6/14/04 | $0.83 |
| 6/29/04 | $8.48 |
| 7/19/04 | $8.60 |
| 8/9/04 | $12.04 |
| 8/9/04 | $8.23 |
| | $11.20 |

TOTAL =   $129.55

BRIEFS (Including binding --$2 cover +$2 binding spools, .20c machine use per brief + pages @10c p.p.):

| | | |
|---|---|---|
| 3/22/04 | 3 pages | = $6.75 |
| 5/14/04 | 22 pages | = $96.00 |
| 6/9/04 | 18 " | = $90.00 |
| 6/14/04 | 6 " | = $72.00 |
| 6/29/04 | 3 " | = $67.50 |
| 7/19/04 | 8 " | = $75.00 |
| 8/9/04 | 8 " | = $75.00 |

TOTAL       = $482.25

COPIES OF OTHER DOCUMENTS

TOTAL            = $5.50

E. ROBINSON
POB 104
DIX HILLS
NY 11746-0086
TEL. (631) 549 8951
AND
31 LAKE PARK CIRCLE
ORMOND BEACH
FL 32174

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

STATIONERY

TOTAL              = $57.50

COMPUTER AND FAX INK

3 @ $61.91

TOTAL              = $185.73

TELEPHONE CALLS

50 @ $5.0

TOTAL              = $250.00

TIME SPENT: IN RESEARCH, DOCUMENT WRITING, READING OPPOSITIONS'

BRIEF AND OTHER MATTERS ASSOCIATED WITH THIS APPEAL.

400 HOURS @ $100 PER HOUR

TOTAL              = $40,000.

**TOTAL              = $ 41,110.53**
**HOURS TO PREPARE THIS EXPENSE REQUEST ANOTHER FOUR (4) HOURS**
**GRAND TOTAL    = $41,510.53 + POSTAGE**

Respectfully submitted,

*[signature]*

Elizabeth A.M. Robinson,
*Pro Se*, Plaintiff, Appellee

DATED: April 22, 2005

E. ROBINSON
POB 104
DIX HILLS
NY 11746-0086
TEL. (631) 549 8951
AND
31 LAKE PARK CIRCLE
ORMOND BEACH
FL 32174

## CERTIFICATE OF SERVICE

I, James Evans, do hereby certify that on April 22, 2005 I caused copies of the Appellee's: *MOTION TO HAVE HER COSTS, EXPENSES ETC. REIMBURSED SINCE SHE PREVAILED IN THE ABOVE MATTER* to be served by mail, upon the attorneys for American Airlines, Inc., Richards Layton and Finger, P.A., One Rodney Square, P.O. Box 551, Wilmington, DE 19899. Attention Michael Merchant.

_____
James Evans



Robinson
PO Box 104
Dix Hills, NY 11746

U.S. POSTAGE PAID
HUNTINGTON STAT. N
11746
APR 22, 05
AMOUNT
$0.60
0003280I-06

S.M.S.
X-RAY

Court Clerk
U.S. District Court for the Dist of Delaware
844 North King Street
Wilmington, DE 19801