## CERTIFICATE OF SERVICE

I, Jason M. Madron, do hereby certify that on April 29, 2005 a copy of the foregoing "American Airlines, Inc.'s Designation of Items to be Included in Record on Appeal of District Court 'Order' Affirming Bankruptcy Court 'Order Granting Motion to Compel American Airlines to Continue Paying Elizabeth Robinson Her TWA Workers' Compensation Benefits' and Statement of Issues on Appeal" was served on the parties on the attached list and in the manner indicated thereon.

Jason M. Madron (Del. Bar No. 4431)

**Service List for American Airlines, Inc. v. Robinson,**
**Third Circuit Court of Appeals, Appeal No. 05-2260**

**Via Federal Express, Certified/Return Receipt U.S. Mail and First Class U.S. Mail**:

Elizabeth A.M. Robinson
31 Lake Park Circle
Ormond Beach, Florida 32174

Elizabeth A M Robinson
45 Ingersoll Street
Huntington Station, New York 11745

**Via U.S. Express Mail, Certified/Return Receipt U.S. Mail and First Class U.S. Mail**:

Elizabeth A M Robinson
P O Box 104
Dix Hills, New York 11746-0086

**Via Hand Delivery**:

Michael P. Migliore, Esquire
Pachulski, Stang, Ziehl, Young, Jones & Weintraub, P C
919 North Market Street, Suite 1600
Wilmington, Delaware 19801

Mark Kenney, Esquire
Office of the United States Trustee
844 King Street, Room 2313
Wilmington, Delaware 19899