IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRANS WORLD AIRLINES, INC., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 01-00056 (PJW)<br><br>Jointly Administered |
| AMERICAN AIRLINES, INC.,<br><br>Appellant,<br><br>v.<br><br>ELIZABETH A.M. ROBINSON,<br><br>Appellee. | <br><br><br><br><br>C.A. No. 04-CV-234 (SLR) |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE   :
                    : SS.
NEW CASTLE COUNTY   :

      Aja E. Inskeep, being duly sworn according to law, deposes and says that she is employed as a Paralegal for the law firm of Richards, Layton & Finger, P.A., and that on the 29th day of April, 2005 she caused copies of the following to be served on the parties on the attached list in the manner indicated:

- **Affidavit of Service of Transcript Purchase Order [No Transcript]**

Dated: April 29, 2005
      Wilmington, Delaware

_____
Aja E. Inskeep, Paralegal
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 651-7700

    SWORN TO AND SUBSCRIBED before me this 29 day of April 2005

_____
Notary Public

RLF1-2870381-1

AMY L. RUDE
Notary Public - State of Delaware
My Comm Expires Feb 1 2006

**Service List for American Airlines, Inc. v. Robinson,**
**Third Circuit Court of Appeals, Appeal No. 05-2260**

**Via Federal Express, Certified/Return Receipt U.S. Mail and First Class U.S. Mail:**

Elizabeth A M Robinson
31 Lake Park Circle
Ormond Beach, Florida 32174

Elizabeth A M Robinson
45 Ingersoll Street
Huntington Station, New York 11745

**Via U.S. Express Mail, Certified/Return Receipt U.S. Mail and First Class U.S. Mail:**

Elizabeth A M Robinson
P.O. Box 104
Dix Hills, New York 11746-0086

**Via Federal Express:**

U.S. Court of Appeals for the Third Circuit
601 Market Street, Room 21400
Philadelphia, Pennsylvania 19106-1790

**Via Hand Delivery:**

United States District Court
District of Delaware
Attn: Clerk's Office
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, Delaware 19801