IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

FILED
LRK U.S. DISTRICT COURT
DISTRICT OF DELAWARE
2005 MAY -2 PM 4:39

| | |
|---|---|
| In re:<br><br>TRANS WORLD AIRLINES, INC., et al.,<br><br>Debtors | Chapter 11<br><br>Case No. 01-00056 (PJW) |
| AMERICAN AIRLINES, INC.,<br><br>Appellant,<br>V.<br><br>ELIZABETH A. M. ROBINSON,<br>*PRO SE*<br>Appellee | C.A. No. 04-CV-234 (SLR) |

**APPELLEE'S RESPONSE TO AMERICAN AIRLINES DESIGNATION OF ITEMS TO BE INCLUDED IN RECORD ON APPEAL OF DISTRICT COURT ORDER AFIRMING BANKRUPTCY COURT ORDER GRANTING MOTION TO COMPEL AMERICAN AIRLINES TO CONTINUE PAYING ELIZABETH ROBINSON HER TWA WORKERS' COMPENSATION BENEFITS**

Elizabeth A. M. Robinson, *Pro Se*, Plaintiff, Appellee requests that **the entire documentation from the United States Bankruptcy Court for the District of Delaware and the United States District Court for the District of Delaware be included** in the designation of items to be included in the record of appeal in the Third Circuit Court of Appeals, Appeal No. 05-2260 by American Airlines, inc..

Respectfully submitted,

*Elizabeth A.M. Robinson*, *Pro Se*, Plaintiff, Appellee

DATED: April 30, 2005

E. ROBINSON
POB 104
DIX HILLS
NY 11746-0086
TEL. (631) 549 8951
AND
31 LAKE PARK CIRCLE
ORMOND BEACH
FL 32174

## CERTIFICATE OF SERVICE

I, James Evans, do hereby certify that on April 30, 2005 I caused copies of the Appellee's: *RESPONSE TO AMERICAN AIRLINES, INC. DESIGNATION OF ITEMS TO BE INCLUDED IN RECORD OF APPEAL OF DISTRICT COURT ORDER AFFIRMING BANKRUPTCY COURT ORDER GRANTING MOTION TO COMPEL AMERICAN AIRLINES TO CONTINUE PAYING ELIZABETH ROBINSON HER TWA WORKERS' COMPENSATION BENEFITS* to be served by mail, upon the attorneys for American Airlines, Inc., Richards Layton and Finger, P.A., One Rodney Square, P.O. Box 551, Wilmington, DE 19899. Attention Michael Merchant.

_____
James Evans

E. ROBINSON
POB 104
DIX HILLS
NY 11746-0086



THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE
ATTENTION: CLERK OF THE COURT
844 NORTH KING STREET
WILMINGTON
DE 19801



