## CERTIFICATE OF SERVICE

I, Michael J. Merchant, do hereby certify that on May 3, 2005 a copy of the foregoing **Appellant American Airlines, Inc.'s Response to Appellee's Motion for Reimbursement of Costs and Attorneys' Fees** was served on the parties on the attached list and in the manner indicated thereon.

_____
Michael J. Merchant (Del. Bar No. 3854)

**Service List for American Airlines, Inc. v. Robinson,
United States District Court, C.A. No. 04-CV-234**

**Via Federal Express, Certified/Return Receipt U.S. Mail and First Class U.S. Mail:**

Elizabeth A.M. Robinson
31 Lake Park Circle
Ormond Beach, Florida 32174

Elizabeth A.M. Robinson
45 Ingersoll Street
Huntington Station, New York 11745

**Via U.S. Express Mail, Certified/Return Receipt U.S. Mail and First Class U.S. Mail:**

Elizabeth A.M. Robinson
P.O. Box 104
Dix Hills, New York 11746-0086

**Via Hand Delivery:**

Michael P. Migliore, Esquire
Pachulski, Stang, Ziehl, Young, Jones & Weintraub, P.C.
919 North Market Street, Suite 1600
Wilmington, Delaware 19801

Mark Kenney, Esquire
Office of the United States Trustee
844 King Street, Room 2313
Wilmington, Delaware 19899