UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

Clerk of Court  
David D. Bird

824 Market Street  
Wilmington DE 19801  
(302) 252-2900

**Date: 5/04/04**

To: Peter Dalleo, Clerk  
    U.S. District Court  
    U.S. Courthouse  
    Wilmington DE 19801

**Re:**    **American Airlines v. Elizabeth Robinson (pro-se)**

**Bankruptcy Case No:**    01-56 (PJW) (CA #04-00234)

The U.S. Bankruptcy Court, District of Delaware received the attached Objection To American Airlines', Inc. Request For An Appeal To The Third Circuit Court Of Appeals Filed by Appellee, Elizabeth Robinson.

Sincerely,

David Bird, Clerk

By: *(signature)*  
Deputy Clerk

I hereby acknowledge receipt of the above Record on Appeal this _____ day of _____, 2004.

By: _____  
    Deputy Clerk, U.S. District Court