IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> TRANS WORLD AIRLINES, INC., et al., <br><br> Debtors <br><br><br> AMERICAN AIRLINES, INC., <br><br> Appellant, <br> V. <br><br> ELIZABETH A. M. ROBINSON, <br> *PRO SE* <br> Appellee | Chapter 11 <br><br> Case No. 01-00056 (PJW) <br><br><br><br><br><br> C.A. No. 04-CV-234 (SLR) |

### APPELLEE'S OBJECTION TO AMERICAN AIRLINES, INC. REQUEST FOR APPEAL TO THE THIRD CIRCUIT COURT OF APPEALS IN ACCORDANCE WITH RULE 8003 AND 28 U.S.C. § 158(a).

ELIZABETH A. M. ROBINSON, *PRO SE*, PLAINTIFF, APPELLEE IN ACCORDANCE WITH RULE 8003 hereby files an objection to the filing of an appeal by American Airlines, inc. ("AA") to the United States Court of Appeals for The Third Circuit on the following grounds:

1. The request was filed late.

2. *A statement of questions and why the appeal should be granted* was not filed with the Notice of Appeal.

3. There was no *statement of facts necessary to an understanding of the questions to be presented by the appeal* until their *Designation of Papers* which was filed on April 29, 2005.



E. ROBINSON
POB 104
DIX HILLS
NY 11746-0056
TEL. (631) 549 5951
AND
31 LAKE PARK CIRCLE
ORMOND BEACH
FL 32174

These facts should have been presented with the Notice of Appeal according to Rule 8003 and according to 28 U.S.C. § 158 (a).

4. The United States Bankruptcy Court for the District of Delaware and the United States District Court of Delaware have unanimously decided in favor of *Pro Se*, Plaintiff, Appellee.

5. No new arguments have been presented by AA.

6. Appellant's counsels have already caused AA to pay more in Court costs, fees and disbursements than that which would have been paid to the Appellee, at this juncture, and they are still continuing so to do.

7. Appellants are continuing this absurd constant appealing solely for the purpose of evading, and delaying at all costs, paying what they full well know that they agreed to pay in accordance with the Asset Purchase Agreement.

8. Counsels are further unjustly enriching themselves at the cost of their client.

9. AA is attempting to grind down Elizabeth Robinson, Appellee, *Pro se*, Plaintiff who is handicapped, and to cause her undue financial hardship.

10. The Court has the authority to deny the leave for appeal per Rule 8003 ( c ).

The Appellee, Elizabeth Robinson, therefore, earnestly requests that the Court deny the appeal of AA to the United States Third Circuit Court of Appeals and she also requests the Court to compel AA to pay, forthwith, what it owes, retrospectively and prospectively, plus interest, and grant Elizabeth Robinson any fees, costs, or other awards that the Court deems just and proper.

Respectfully submitted,

*EAM Robinson*

Elizabeth A.M. Robinson, *Pro Se*, Plaintiff, Appellee

DATED: April 30, 2005

E. ROBINSON
POB 104
DIX HILLS
NY 11746-0086
TEL. (631) 549 8951
AND
31 LAKE PARK CIRCLE
ORMOND BEACH
FL 32174

## CERTIFICATE OF SERVICE



I, James Evans, do hereby certify that on April 30, 2005 I caused copies of the Appellee's: *Objection To American Airlines, inc. Request For Appeal To the Third Circuit Court Of Appeals In Accordance With Rule 8003 and 28 U.S.C. ss 158 (a)* to be served by mail, upon the attorneys for American Airlines, Inc., Richards Layton and Finger, P.A., One Rodney Square, P.O. Box 551, Wilmington, DE 19899.

_____
James Evans