IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRANS WORLD AIRLINES, INC., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 01-00056 (PJW)<br><br>Jointly Administered |
| AMERICAN AIRLINES, INC.,<br><br>Appellant,<br><br>v.<br><br>ELIZABETH A.M. ROBINSON,<br><br>Appellee. | C.A. No. 04-CV-234 (SLR) |

### AMERICAN AIRLINES, INC.'S RESPONSE TO "APPELLEE'S OBJECTION TO AMERICAN AIRLINES, INC. REQUEST FOR APPEAL TO THE THIRD CIRCUIT COURT OF APPEALS IN ACCORDANCE WITH RULE 8003 AND 28 U.S.C. § 158(a)"

Appellant American Airlines, Inc ("American") responds to "Appellee's Objection to American Airlines, Inc Request for Appeal to the Third Circuit Court of Appeals in Accordance with Rule 8003 and 28 U.S.C. § 158(a)" (the "Objection") and respectfully states as follows:

All of Appellant's legal arguments mistakenly cite to Fed. R. Bankr Proc 8003, titled "Leave to Appeal." Of course, that is the wrong Rule for two independent reasons. First, it governs appeals from the Bankruptcy Court to this Court, not appeals from this Court to the Third Circuit. Second, there is no question that a party can appeal an adverse ruling of this Court, sitting as an appellate court, to the Third Circuit; "leave to appeal" is not required. The relevant rule is Fed. R. App. Proc. 3, which American has complied with in full.

As to Ms Robinson's continued attacks on American's counsel, American will not respond because the statements are as irrelevant as they are baseless

Dated: May 10, 2005
Wilmington, Delaware

_____
Mark D. Collins (No. 2981)
Russell C. Silberglied (No. 3462)
Michael J. Merchant (No. 3854)
Jason M. Madron (No. 4431)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700

*Counsel for Appellant, American Airlines, Inc.*

## CERTIFICATE OF SERVICE

I, Jason M. Madron, do hereby certify that on May 10, 2005 a copy of the foregoing **American Airlines, Inc.'s Response to "Appellee's Objection to American Airlines, Inc. Request for Appeal to the Third Circuit Court of Appeals in Accordance With Rule 8003 and 28 U.S.C. § 158(a)"** was served on the parties on the attached list and in the manner indicated thereon.

_____
Jason M. Madron (Del. Bar No. 4431)

<u>**Service List for American Airlines, Inc. v. Robinson,
United States District Court, C.A. No. 04-CV-234**</u>

<u>**Via Federal Express, Certified/Return Receipt U.S. Mail and First Class U.S. Mail**</u>:

Elizabeth A. M. Robinson
31 Lake Park Circle
Ormond Beach, Florida 32174

Elizabeth A. M. Robinson
45 Ingersoll Street
Huntington Station, New York 11745

<u>**Via U.S. Express Mail, Certified/Return Receipt U.S. Mail and First Class U.S. Mail**</u>:

Elizabeth A. M. Robinson
P.O. Box 104
Dix Hills, New York 11746-0086

<u>**Via Hand Delivery**</u>:

Michael P. Migliore, Esquire
Pachulski, Stang, Ziehl, Young, Jones & Weintraub, P.C.
919 North Market Street, Suite 1600
Wilmington, Delaware 19801

Mark Kenney, Esquire
Office of the United States Trustee
844 King Street, Room 2313
Wilmington, Delaware 19899