OFFICE OF THE CLERK
**MARCIA M. WALDRON**  **UNITED STATES COURT OF APPEALS**  TELEPHONE
CLERK                     FOR THE THIRD CIRCUIT                     215-597-2995
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA 19106-1790

June 23, 2006

Peter T. Dalleo, Clerk
U.S. District Court for the District of Delaware
844 King Street
Lockbox 18
Wilmington, DE 19801


In re: Trans World
Docket No. 05-2260
D.C. No. 04-cv-00234

Dear Clerk:

     Enclosed herewith is a copy of the certified judgment issued by this Court on May 10, 2006 in the above-entitled case. Costs in favor of Appellee Elizabeth A.M. Robinson have been added on the enclosure, and I initialed same. This has been done in accordance with the provisions of Rule 39(d) of the Federal Rules of Appellate Procedure.

     Copies of this letter and the enclosure are being sent to counsel.

                            Very truly yours,
                            Patricia S. Dodszuweit, Chief Deputy Clerk


                            By:   /s/Lynn M. Lopez
                                 Case Manager
                                 Direct Dial 267-299-4922

enc.
cc:    Ms. Elizabeth A.M. Robinson
       (Jason M. Madron, Esq.
       (Russell C. Silberglied, Esq.