UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 05-2260

IN RE: TRANS WORLD AIRLINES, INC.,
  Debtor

AMERICAN AIRLINES, INC.,
  Appellant
v.
ELIZABETH A.M. ROBINSON

MARK S. KENNEY,
  Trustee

Appeal from the United States District Court
for the District of Delaware
(D.C. Civil No. 04-cv-00234)
District Judge: Honorable Sue L. Robinson

Submitted Under Third Circuit LAR 34.1(a)
March 27, 2006
Before: RENDELL, SMITH and ALDISERT, Circuit Judges.

JUDGMENT

This cause came on to be heard on the record from the United States District Court for the District of Delaware and was submitted pursuant to Third Circuit LAR 34.1(a) on March 27, 2006. On consideration whereof, it is now here

ORDERED and ADJUDGED by this Court that the Order of the District Court entered on March 28, 2005, be and the same is hereby AFFIRMED. All of the above in accordance with the opinion of this Court. Costs taxed against the Appellant.

ATTEST:

/s/Marcia M. Waldron
Clerk

Dated: May 10, 2006

Certified as a true copy and issued in lieu of a formal mandate on 6/1/06

Teste:
Clerk, U.S. Court of Appeals for the Third Circuit

Pursuant to Rule 39(d), FRAP,
Costs taxed in favor of Appellee
Elizabeth A.M. Robinson added
hereto on June 23, 2006 as follows:

Brief..........................$126.80
TOTAL.....................$126.80