IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | )<br>) Chapter 11 |
| TRANS WORLD AIRLINES, INC., et al., | )<br>)<br>) |
| Debtors. | ) Case No. 01-56-PJW<br>) |
| AMERICAN AIRLINES, INC., | )<br>) |
| Appellant, | )<br>) |
| v. | ) Civ. No. 04-234-SLR<br>) |
| ELIZABETH A.M. ROBINSON, | )<br>) |
| Appellee. | ) |

**O R D E R**

At Wilmington this 11th day of August, 2006, having reviewed appellee's motion for costs;

IT IS ORDERED that said motion (D.I. 28) is moot, in light of the Third Circuit's mandate taxing costs against appellant. (D.I. 39)

                                                                          /s/ Sue L. Robinson
                                                United States District Judge