

FWD

US POSTAGE

WILMINGTON DE 197

31 AUG 2006 PM

RETURN TO SENDER

04cv234 SLR

FILED

SEP 0 5 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

RG

Scanned

Elizabeth A.M. Robinson
Elizabeth A.M. Robinson, Pro se
31 Lake Park Circle
Ormond Beach, FL 32174

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

OFFICIAL BUSINESS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

In re:                          )
                                )  Chapter 11
TRANS WORLD AIRLINES, INC.,     )
et al.,                         )
                                )
        Debtors.                )  Case No. 01-56-PJW
_____ )
                                )
AMERICAN AIRLINES, INC.,        )
                                )
        Appellant,              )
                                )
    v.                          )  Civ. No. 04-234-SLR
                                )
ELIZABETH A.M. ROBINSON,        )
                                )
        Appellee.               )

**O R D E R**

At Wilmington this 11th day of August, 2006, having

reviewed appellee's motion for costs;

IT IS ORDERED that said motion (D.I. 28) is moot, in

light of the Third Circuit's mandate taxing costs against

appellant.  (D.I. 39)


_____
United States District Judge

## Orders on Motions
1:04-cv-00234-SLR In Re: Trans World Airlines v.

### U.S. District Court

### District of Delaware

Notice of Electronic Filing

The following transaction was received from rld, entered on 8/11/2006 at 4:09 PM EDT and filed on 8/11/2006
**Case Name:**       In Re: Trans World Airlines v.
**Case Number:**     1:04-cv-234
**Filer:**
**Document Number:** 41

**Docket Text:**
ORDER finding as moot [28] Motion for costs . Signed by Judge Sue L. Robinson on 8/11/06. (rld, )

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=8/11/2006] [FileNumber=257404-0]
[bf8ee6c0806f2502f6cb7ff246c7853324f76479170467b8fba7c7faad9eff5c6746
ac13f0b981069a89dbf6ee2e10a6ef0424aa684d79470dcb0b0da19b534a]]

**1:04-cv-234 Notice will be electronically mailed to:**

Mark David Collins    collins@rlf.com, rbgroup@rlf.com

Bruce Grohsgal    bgrohsgal@pszyjw.com,

**1:04-cv-234 Notice will be delivered by other means to:**

Elizabeth A.M. Robinson
Elizabeth A.M. Robinson, Pro se
31 Lake Park Circle
Ormond Beach, FL 32174