IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

IN RE: TRANS WORLD AIRLINES, INC.
　　　　　　　　　　　　　Debtor

---

| | |
|---|---|
| ELIZABETH A. M. ROBINSON ) <br> PRO SE ) <br> ) <br> V. ) <br> ) <br> AMERICAN AIRLINES, INC. ) | 01-00056 (PJW) <br><br> MOTION TO COMPEL <br> AMERICAN AIRLINES, INC. TO <br> PAY ELIZABETH A. M. ROBINSON <br> ALL THE MONIES OWED TO HER AS <br> PER COURT ORDERS FROM ALL <br> COURTS (D.C. Civil No.04-cv-00234) <br> THROUGH THE CIRCUIT COURT OF <br> APPEALS (No. 05-2260) |

04-234 (SLR)

**ELIZABETH A. M. ROBINSON, *PRO SE*, Plaintiff, Appellee, Appellee,** Comes now before this Court and requests that this Court compel American Airlines, Inc. ("AA") to pay Elizabeth Robinson, ("ER") **past payments due to her from April 9, 2001** including compound interest and Court costs, and all future payments should also be commenced on that date certain and continued in a prompt fashion, as per 28 U.S.C. § 1961 and this Court's order dated February 27, 2004.

　　Appellants have appealed the supra matter from this Court, to the Appellate Court, to the Third Circuit Court Of Appeals, and the time for perfecting an appeal with The Supreme Court was extinguished on August 10, 2006. There is no further avenue of remedy available to AA, yet to date no payment of any kind has been received by pro se, plaintiff, ER. **Court is requested to order AA to pay ER on, or before September 10, 2006 or place AA in contempt of Court.**

DATED: August 23, 2006

　　　　　　　　　　　　　_____
　　　　　　　　　　　　　Elizabeth A. M. Robinson, Pro Se, Plaintiff, Appellee, Appellee

CERTIFICATE OF SERVICE
　　I, J. Evans, certify that a true and accurate copy of this document was mailed, prepaid, to Richards Layton & Finger at POB 551, Wilmington, DE 19899 on this date, August 23, 2006.

FILED
AUG 29 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Elizabeth A. M. Robinson
POB 104
Huntington Station, NY 11746-0086
Tel. (631) 549 8951

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 05-2260

IN RE: TRANS WORLD AIRLINES, INC.,
Debtor

AMERICAN AIRLINES, INC.,
Appellant

v.

ELIZABETH A.M. ROBINSON

MARK S. KENNEY,
Trustee

Appeal from the United States District Court
for the District of Delaware
(D.C. Civil No. 04-cv-00234)
District Judge: Honorable Sue L. Robinson

Submitted Under Third Circuit LAR 34.1(a)
March 27, 2006
Before: RENDELL, SMITH and ALDISERT, Circuit Judges.

JUDGMENT

This cause came on to be heard on the record from the United States District Court for the District of Delaware and was submitted pursuant to Third Circuit LAR 34.1(a) on March 27, 2006. On consideration whereof, it is now here

ORDERED and ADJUDGED by this Court that the Order of the District Court entered on March 28, 2005, be and the same is hereby AFFIRMED. All of the above in accordance with the opinion of this Court. Costs taxed against the Appellant.

ATTEST:

/s/Marcia M. Waldron
Clerk

Dated: May 10, 2006