

**Utility Events**
1:04-cv-00234-SLR In Re: Trans World Airlines v.

## U.S. District Court

### District of Delaware

Notice of Electronic Filing

The following transaction was received from rld, entered on 8/16/2006 at 9:32 AM EDT and filed on 8/16/2006
**Case Name:**     In Re: Trans World Airlines v.
**Case Number:**   1:04-cv-234
**Filer:**
**WARNING: CASE CLOSED on 08/16/2006**
**Document Number:**

**Docket Text:**
CASE CLOSED (rld, )

The following document(s) are associated with this transaction:

**1:04-cv-234 Notice will be electronically mailed to:**

Mark David Collins     collins@rlf.com, rbgroup@rlf.com

Bruce Grohsgal     bgrohsgal@pszyjw.com,

**1:04-cv-234 Notice will be delivered by other means to:**

Elizabeth A.M. Robinson
Elizabeth A.M. Robinson, Pro se
31 Lake Park Circle
Ormond Beach, FL 32174