IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TRANS WORLD AIRLINES, INC., et al., | ) | Bky. No. 01-56-PJW |
| | ) | |
| | ) | |
| Debtors. | ) | |

———— ——— ——————  ——  ——  ——

| | | |
|---|---|---|
| AMERICAN AIRLINES, INC., | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | Civ. No. 04-234-SLR |
| | ) | |
| ELIZABETH A. M. ROBINSON, | ) | |
| | ) | |
| Appellee. | ) | |

**O R D E R**

At Wilmington this 19th day of March, 2007, having reviewed the pending motion to compel the payment of monies due;

IT IS ORDERED that said motion (D.I. 43) is granted, to the extent that appellant American Airlines, Inc., ordered by the United States Court of Appeals for the Third Circuit to pay costs  (D.I. 39), has failed to comply with said order.

_____

United States District Judge